# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of December, two thousand and twelve.

Present:
    José A. Cabranes,
    Reena Raggi,
        *Circuit Judges.*[*]

_____

United States of America,

    Appellee,   **ORDER**
          Docket No. 12-4448-cr

v.

Rajat K. Gupta,

    Defendant - Appellant.

_____

On a review of the record, it is hereby **ORDERED** that the conditions of release established by the District Court shall remain in full force and effect during the pendency of this appeal and the appeal will be **EXPEDITED**. In the interests of judicial economy, pending an assignment of this matter to a merits panel, any other application to this Court on questions regarding bond or conditions of release shall be referred to this panel.

Appellant's brief shall be filed by no later than January 18, 2013; Appellee's brief by no later than March 15, 2013; and Appellant's reply brief by no later than March 29, 2013.

Solely for the purpose of entering such further orders or conditions of release as may be appropriate or necessary, a limited mandate shall issue forthwith.

---

[*] The Honorable Susan L. Carney, originally a member of the panel sitting on December 4, 2012, recused herself from consideration of this matter. The remaining members of this panel, who are in agreement, have decided this case pursuant to 2d Cir. R § 0.14(b).

The Clerk shall assign the merits appeal to a panel sitting on or after the week of April 1, 2013.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

