# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** _____

**Caption [use short title]**

**Motion for:** Permission to File Non-Conforming Exhibits

United States of America v. Rajat K. Gupta

Set forth below precise, complete statement of relief sought:

Appellant, with the consent of the Government, seeks leave to file a disc containing certain audio recordings and voluminous exhibits, as part of the joint appendix required by FRAP 30.

**MOVING PARTY:** Rajat K. Gupta                **OPPOSING PARTY:** United States

☐ Plaintiff     ☐ Defendant
☐ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Seth P. Waxman            **OPPOSING ATTORNEY:** Richard Tarlowe

[name of attorney, with firm, address, phone number and e-mail]

Wilmer Cutler Pickering Hale and Dorr LLP          U.S. Attorney's Office, SDNY
1875 Pennsylvania Avenue, N.W.                     One St. Andrew's Plaza
Washington, DC  20006                              New York, NY  10007
(202) 663-6000; seth.waxman@wilmerhale.com         (212) 637-2330; richard.tarlowe@usdoj.gov

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York, Hon. Jed S. Rakoff

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?    ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☐ No  If yes, enter date:_____

**Signature of Moving Attorney:**
_____ **Date:** _____  Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (rev. 7-12)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

United States of America,
    *Appellee*,

v.

Rajat K. Gupta,
    *Defendant-Appellant*.

No. 12-4448-cr

## CONSENT MOTION FOR PERMISSION
## TO FILE NON-CONFORMING EXHIBITS

Defendant-appellant Rajat K. Gupta moves this Court for permission to file non-conforming exhibits as part of the joint appendix required under Fed. R. App. P. 30 and Second Circuit Local Rule 32.1. Appellee the United States of America consents to this motion.

Appellant's opening brief and the parties' joint appendix are due to be filed on Friday, January 18, 2013. As part of the joint appendix, the parties propose to file a disc containing eight audio recordings of wiretapped conversations admitted or proffered for admission at trial, as well as three voluminous exhibits admitted at trial that cannot be submitted in paper form per Local Rule 30.1(b). The parties seek to aid the Court's review of this evidence, relied upon by the parties in their briefs to this Court, by submitting them in their native electronic format.

- 2 -

## CONCLUSION

Gupta respectfully requests permission to file these exhibits on disc with the Clerk of Court.

 

Respectfully submitted,

GARY P. NAFTALIS
DAVID S. FRANKEL
ALAN R. FRIEDMAN
ROBIN M. WILCOX
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

PETER G. NEIMAN
ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800

January 15, 2013

/s/ Seth P. Waxman
SETH P. WAXMAN
PAUL R.Q. WOLFSON
MEGAN BARBERO
DANIEL AGUILAR
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington DC,  20006
(202) 663-6000

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington DC, 20006
(202) 663-6000