# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

United States of America,
   *Appellee*,

v.

Rajat K. Gupta,
   *Defendant-Appellant*.

No. 12-4448-cr

## DEFENDANT-APPELLANT RAJAT K. GUPTA'S
## OPPOSITION TO GOVERNMENT'S MOTION FOR
## LEAVE TO FILE AN OVERSIZED BRIEF

  Defendant-appellant Rajat K. Gupta respectfully opposes the government's request for a 4,000-word increase to the word limit for its answering brief, from 14,000 to 18,000 words.

  "The court disfavors motions to file a brief exceeding the length permitted by FRAP 32(a)(7)."  Local R. 27.1(e).  "A party seeking to file an oversized brief must state the requested length and the reasons for exceeding FRAP's limitations."  *Id.*  Mr. Gupta does not oppose an enlargement of 1,000 words for the government's brief—as his counsel informed the government (but which the government did not report in its motion).  But Mr. Gupta respectfully submits that the government's request for 4,000 additional words is excessive and unsupported by any legitimate reason.

Mr. Gupta raises discrete challenges to certain of the district court's evidentiary rulings. Mr. Gupta was able both to describe the factual setting for each claim and to argue its legal merits within the 14,000 word limit. Fed. R. App. P. 32(a)(7)(B)(i). The government's assertion (Mot. 4) that Mr. Gupta failed to describe the factual context of the court's evidentiary rulings is demonstrably inaccurate. *See* Opening Br. 5-27 (describing facts of case).

The government presents no persuasive reason why it cannot present its own counter-statement of the facts and its own legal arguments—which presumably will rest principally on the submission that the district court did not abuse its discretion in admitting and excluding evidence and making other trial rulings—in 14,000 words. Moreover, when counsel for the government sought consent for its motion to file an oversized brief, Mr. Gupta's counsel proposed a reasonable accommodation: Mr. Gupta would consent to a government motion for 1,000 extra words if the government would likewise consent to a motion for 1,000 extra words for Mr. Gupta's reply brief. The government did not respond to this proposal, and instead filed the current motion stating that Mr. Gupta did not consent to its request for 4,000 extra words.

## CONCLUSION

The government's motion for leave to file a brief of 18,000 words in length should be denied.

Respectfully submitted,

GARY P. NAFTALIS
DAVID S. FRANKEL
ALAN R. FRIEDMAN
ROBIN M. WILCOX
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

PETER G. NEIMAN
ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800

March 11, 2013

/s/ Seth P. Waxman
SETH P. WAXMAN
PAUL R.Q. WOLFSON
MEGAN BARBERO
DANIEL AGUILAR
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000