**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand thirteen.

Before: Richard C. Wesley,
   *Circuit Judge.*

_____

United States of America,

 Appellee,

 v.                                                                                   **ORDER**
                               Docket No. 12-4448

Rajat K. Gupta,

 Defendant - Appellant.

_____

 IT IS HEREBY ORDERED the motion by appellee United States of America for permission to file an oversized brief of no more than 18,000 words, is GRANTED.

           For The Court:

           Catherine O'Hagan Wolfe,
           Clerk of Court