WILMERHALE

Seth P. Waxman

+1 202 663 6800 (t)
+1 202 663 6363 (f)
seth.waxman@wilmerhale.com

March 19, 2013

**BY ECF**

Gerard Whidbee, Case Manager
United States Court of Appeals
  for the Second Circuit
40 Foley Square
New York, New York  10007

Re:    *United States v. Gupta*, No. 12-4448

Dear Mr. Whidbee,

I will be arguing the above-mentioned appeal for defendant-appellant Rajat K. Gupta.  I previously informed the Court, by Rule 34.1(a) Oral Argument Statement filed March 7, 2013, of the dates on which I am unavailable.  By order dated today, this Court has scheduled argument for May 8, 2013 in another appeal that I will be arguing, *The Authors Guild v. Google, Inc.*, No. 12-3200.

Accordingly, I write to inform the Court that, while I am available for argument any day during the week of April 29, I will not be available for argument from May 6 through May 15.  As indicated on the Rule 34.1(a) Oral Argument Statement, I am also unavailable for argument June 10-26, August 1-7, September 5-6, and September 26-27.

Respectfully submitted,

/s/ Seth P. Waxman

Seth P. Waxman

cc:  All Counsel (by ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington