# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 12-4448; 13-916

**Caption [use short title]**

**Motion for:** Preservation of Existing Schedule

United States of America v. Rajat K. Gupta

Set forth below precise, complete statement of relief sought:

Appellant, with consent of the government, seeks to preserve the expedited schedule for briefing and oral argument in Appeal No. 12-4448 and to set a briefing schedule in the ordinary course in appeal No. 13-916

**MOVING PARTY:** Rajat K. Gupta
- [ ] Plaintiff
- [✓] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** United States

**MOVING ATTORNEY:** Seth P. Waxman

**OPPOSING ATTORNEY:** Richard Tarlowe

[name of attorney, with firm, address, phone number and e-mail]

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. N.W.
Washington, DC 2006
(202) 663-6000; seth.waxman@wilmerhale.com

U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2330; richard.tarlowe@usdoj.gov

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York, Hon. Jed S. Rakoff

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: Proposed for May 20, 2013

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
/s/ Seth P. Waxman    **Date:** March 21, 2013    Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (rev. 7-12)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| United States of America,<br>   *Appellee*,<br><br>   *v.*<br><br>Rajat K. Gupta,<br>   *Defendant-Appellant*. | Nos. 12-4448<br>    13-916 |

## DEFENDANT-APPELLANT RAJAT K. GUPTA'S CONSENT MOTION TO PRESERVE THE EXISTING SCHEDULE IN APPEAL NO. 12-4448 AND SET BRIEFING SCHEDULE IN APPEAL NO. 13-916

   Defendant-appellant Rajat K. Gupta respectfully submits this motion to preserve the existing schedule in Appeal No. 12-4448 and to set a briefing schedule in Appeal No. 13-916. The United States does not oppose this motion but has indicated that its reasons differ from those set forth below.

   1. Mr. Gupta was convicted after jury trial of conspiracy and three counts of securities fraud. The court sentenced Gupta to 24 months' imprisonment on each count, to run concurrently; one year of supervised release; and a substantial fine and assessment. D. Ct. Dkt. 128 (S.D.N.Y. No. 1:11-cr-00907-JSR). At sentencing, the district court announced that it would defer any order of restitution pending briefing and argument from the parties.

2.  Mr. Gupta appealed his criminal conviction by notice of appeal filed November 9, 2012 (No. 12-4448-cr) (the "Merits Appeal"). This Court granted Mr. Gupta's motion for bail pending appeal and entered an order on December 6, 2012, expediting the Merits Appeal. Pursuant to the schedule set forth in that order, Mr. Gupta filed his opening brief on January 18, 2013. The United States is due to file its brief on March 22, 2013, and Mr. Gupta is due to file his reply on April 12, 2013. In granting bail pending appeal, this Court stated that oral argument would be heard in April or May. The Court initially calendared the appeal for April 29, 2013, but then issued an order adjourning oral argument. The Court has now proposed oral argument for the week of May 20, 2013.

3.  After Mr. Gupta filed his opening brief in the Merits Appeal, the district court on February 27, 2013 entered an amended judgment ordering restitution in the amount of $6,218,223.59 to be paid to Goldman Sachs & Co. D. Ct. Dkt. No. 137. The amendment to the judgment concerned only Mr. Gupta's restitution obligation. Mr. Gupta filed a separate notice of appeal from that amended judgment, and that appeal (No. 13-916) (the "Restitution Appeal") relates exclusively to the district court's imposition and calculation of restitution.

4.  The expedited Merits Appeal from Mr. Gupta's criminal conviction will be fully briefed in the coming few weeks, and this Court has already proposed

the week of May 20, 2013 for oral argument. Mr. Gupta does not wish to disrupt that schedule, nor does he believe that consideration of the Restitution Appeal ought to do so. The Restitution Appeal raises questions about the kinds of legal expenses for which an entity cooperating with an insider trading prosecution may seek reimbursement. These questions are entirely independent of the legal issues presented in the Merits Appeal, which turns on discrete evidentiary rulings at Mr. Gupta's trial. Mr. Gupta does not seek oral argument on the Restitution Appeal, and there is therefore no efficiency to be gained by postponing oral argument on the Merits Appeal pending completion of the briefing on the Restitution Appeal.

5. Instead, there are important efficiencies in the two appeals proceeding on separate briefing schedules. While the two appeals raise issues that are factually and legally separate, the sole predicate for the district court's restitution order is Mr. Gupta's conviction for conspiracy and insider trading. There will thus be no need to consider the Restitution Appeal if Mr. Gupta prevails on the Merits Appeal and his criminal conviction is overturned.

6. Accordingly, Mr. Gupta respectfully requests that this Court (1) preserve the expedited schedule for briefing and oral argument in the Merits Appeal (No. 12-4448); and (2) set a schedule for briefing in the ordinary course on the Restitution Appeal (No. 13-916). If Mr. Gupta's conviction is overturned, so

too will the restitution order and the Restitution Appeal will be moot. If Mr. Gupta's conviction is not overturned, this Court can adjudicate the Restitution Appeal in the ordinary course.

## CONCLUSION

Mr. Gupta respectfully requests that this Court (1) preserve the expedited schedule for briefing and oral argument in the Merits Appeal (No. 12-4448); and (2) set a schedule for briefing in the ordinary course on the Restitution Appeal (No. 13-916).

Respectfully submitted,

| | |
|---|---|
| GARY P. NAFTALIS | /s/ Seth P. Waxman |
| DAVID S. FRANKEL | SETH P. WAXMAN |
| ALAN R. FRIEDMAN | PAUL R.Q. WOLFSON |
| ROBIN M. WILCOX | MEGAN BARBERO |
| KRAMER LEVIN NAFTALIS | DANIEL AGUILAR |
|   & FRANKEL LLP | WILMER CUTLER PICKERING |
| 1177 Avenue of the Americas |   HALE AND DORR LLP |
| New York, NY 10036 | 1875 Pennsylvania Avenue, NW |
| (212) 715-9100 | Washington, DC 20006 |
| | (202) 663-6000 |

PETER G. NEIMAN
ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

March 21, 2013

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000