**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2014

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Gupta**
            **Docket No. 12-4448**

Dear Ms. Wolfe,

    Please be aware that Reed Brodsky has left the United States Attorney's Office for other employment. The Government respectfully requests that he be removed as counsel of record in this case.

    Thank you very much for the Court's consideration.

                  Respectfully submitted,

                  PREET BHARARA
                  United States Attorney
                  Southern District of New York


                  /s/ Michael A. Levy
                  Michael A. Levy
                  Chief of Appeals, Criminal Division
                  (212) 637-2346